**SHARIFOV & ASSOCIATES, PLLC**
Attorneys and Counselors at Law
50 MAIN STREET
HEMPSTEAD, NEW YORK 11550
TEL: (516) 505-2300
FAX: (516) 505-2379
SharifovR@LawfirmSR.com

BY ECF

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

December 10, 2014

RE:   United States v. Victor Lipkin, et al., 14 Cr. 773 (RA)

Dear Judge Abrams,

On December 3, 2014, I appeared before Magistrate Judge Frank Maas on behalf of Mr. Victor Lipkin in the above referenced matter.

On December 9, 2014, Albert Dayan, Esq. filed a notice of appearance (and appeared before Your Honor on December 10, 2014) on behalf of Mr. Lipkin to replace me as a counsel of record.

Based on the foregoing, I am respectfully seeking an order relieving me as counsel of record for Mr. Victor Lipkin since he retained new counsel.

Thank you.

Respectfully Submitted,

ROVSHAN SHARIFOV, ESQ.