UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA

                        -against-                        Case No.: 14-cr-00773-RA

VICTOR LIPKIN,

                        Defendant
----------------------------------------------------------X

## NOTICE OF VICTOR LIPKIN'S MOTION TO SUPPRESS

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in support of this motion, Defendant Victor Lipkin will move this Court before the Honorable Ronnie Abrams, United States District Judge, at the Southern District of New York Courthouse at a date and time to be determined by this Court, for an order suppressing all evidence obtained from the warrantless search of the Avenue V Management located at 3025 and 3027 Avenue V, Brooklyn, New York.

Dated: Queens, New York
        March 31, 2016

                                                  ALBERT Y. DAYAN, ESQ.
                                                  80-02 Kew Gardens Road, Suite 902
                                                  Kew Gardens, New York 11415
                                                  Telephone: 718-268-9400

                                                  Attorney for Defendant Victor Lipkin