UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA                   :
                                           :
                                           :   Case No.: 14-cr-00773-RA
        -against-                          :
                                           :   DECLARATION OF VICTOR
                                           :   LIPKIN IN SUPPORT OF
VICTOR LIPKIN,                             :   MOTION TO SUPPRESS
                                           :
            Defendant                      :
----------------------------------------------------------X

VICTOR LIPKIN declared under penalty of perjury as follow:

1. I respectfully submit this Declaration in support of a Motion to Suppress evidence seized from Avenue V Cardiology Medical Clinic and Ave V Management located at 3025 and 3027 Avenue V Brooklyn, New York.

2. I am the owner and operator of Ave V Management company in business of daily managing and running the office operations of Avenue V Cardiology Medical Clinic.

3. I, Victor Lipkin, was the only one to oversee the office managerial operations of Avenue V Cardiology Medical Clinic and had authority to access its electronic data, tangible files, and work space.

Dated: Queens, New York
       March 25, 2016

                                              By: _____
                                                     Victor Lipkin