USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

VICTOR LIPKIN,

Defendant.

No. 14-cr-773 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On April 6, 2020, the Court received Defendant Victor Lipkin's emergency motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), seeking compassionate release in light of COVID-19. *See* Dkt. 449. On April 7, the Government filed a letter indicating that it does not oppose Mr. Lipkin's request. *See* Dkt. 451.

Mr. Lipkin's motion is **GRANTED** as unopposed. The Court orders that:

(1) Mr. Lipkin's sentence of incarceration in this action is reduced to time served pursuant to 18 U.S.C. § 3582(c)(1)(A);

(2) Mr. Lipkin is ordered released from Bureau of Prisons' custody, **effective immediately**; and

(3) Mr. Lipkin is placed on supervised release, subject to the conditions set forth in the judgment dated February 27, 2017, *see* Dkt. 295. In light of COVID-19, the Court directs that, in the interests of others' health, Mr. Lipkin spend the first 14 days after release from BOP custody in self-quarantine at his brother's residence. During those 14 days and the duration of the COVID-19 pandemic, Mr. Lipkin shall not leave his brother's residence except as authorized in advance by the Probation Department on a showing of medical need.

The Government shall immediately notify the BOP of this Order.

SO ORDERED.

Dated: April 7, 2020
        New York, New York

_____
Ronnie Abrams
United States District Judge